*CV 1:25 CV 02565*

Tony D. Parks

V

Giant food/ Ahold


Amended Complaint

The defendants Jerome Debrew store manager at (384)

Trevor Johnson perishable manager at (384)

And TK non- perishable manager (384) all work at 1535 Alabama Ave.

As this is a work incident with Giant food and I do not know there home address and these incidents happened at work this is all the information that I have on them and TK is the name that we call and Giant doesn't deal with people on full names just first name basis.


I was discriminated and not allow to attend church during church hours by Jerome Debrew and Trevor Johnson as there was a deal worked by courts and myself that I would be able to work an early and allowed to attend church there after and it was breached by Giant I then went to EEOC and again Giant and myself (tony) came to an agreement that I would be allowed to attend church and then attend church and for years I was allowed to do it then when Gerome became the manager and didn't like my response to his harassment he took away the deal that was worked between me(Tony) and Giant so I went back to EEOC after reaching out to HR Sharissa Short and Marbiel Dichard EEOC did an investigation and from what I was told that Giant told them I wrote my own schedule I then asked did they look at the time in which I made the complaint and was told they only went back six months and by then Giant had allowed me to attend church but soon after docked the number of hour as I would ask to work a seven(7) hour shift and they only granted (5) as all the other department manger are allowed to work a eight (8) hour shift as this time I saved both the timecards I wrote and what was granted I reached out to HR again and know they say they don't have the hours but have it for the rest of the department manger.


This also should answer the retaliation and breach of contract with a note that they often say well why didn't you reach out attach also is an email that I sent all the company heads with not one reply except to say Sharissa will look into it and I still haven't heard any as of today

RECEIVED

NOV 12 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Addressing the hostile work environment there are constant treats by employees made toward me that go unaddressed and when I bring it to there attension such as non-perishable manager TK who called me and Tyreek department manager for the front end into the office and started blaming me for the young lady calling her boyfriend to the store to assault me which was witness by multiple employees and as this is a reaccuring thing I again called the police the report is also attached this is the second time I had to do this and the fourth time I was threatened and Giant again doesn't address the situation.

I asked for 500,000.00 because I am ignorant to the courts and how the money part go but I do know that this is multiple complaint 1. Relegious discrimation 2. Breach of contract 3. Hostile work environment 4.  Lost of work hours that I should have had 5. Harassment

Also is a letter attached my a young lady who witness Jerome yelling at me on the sales floor

Thanks

Tony D. Parks

 Outlook

---

**Re: Retaliation**

---

From Maribel Dichard <mdichard@giantfood.com>

Date Tue 9/23/2025 7:00 AM

To   Tony Parks - 0384 <Parks.Tony@giantfood.com>; Ira Kress <ikress@giantfood.com>; Sidney Brooks Jr <Sidney.Brooks.Jr@giantfood.com>; Cipriano Andrade <cipriano.andrade@giantfood.com>

Cc   Paul Meisen <Paul.Meisen@giantfood.com>; Sharisa Shorts <Sharisa.Shorts@giantfood.com>; Jerome Debrew - 0384 <Jerome.Debrew@giantfood.com>; Dionne Martin <dionne.martin@giantfood.com>

Good morning Tony

Confirming receipt of your email and your concerns over the weekend regarding your schedule requests. Sharisa will be reaching out to follow up on your concerns.


Thank you

Maribel Dichard, SPHR
OMNICHANNEL RETAIL DIRECTOR | HUMAN RESOURCES
pronouns: she/her/hers
8301 PROFESSIONAL PL, HYATTSVILLE MD 20785
giantfood.com | O. (301) 341-4417 | C. (703) 987-8251

---

**From:** Tony Parks - 0384 <Parks.Tony@giantfood.com>
**Sent:** Tuesday, September 23, 2025 6:42:25 AM
**To:** Ira Kress <ikress@giantfood.com>; Sidney Brooks Jr <Sidney.Brooks.Jr@giantfood.com>; Cipriano Andrade <cipriano.andrade@giantfood.com>
**Cc:** Paul Meisen <Paul.Meisen@giantfood.com>; Maribel Dichard <mdichard@giantfood.com>; Sharisa Shorts <Sharisa.Shorts@giantfood.com>; Jerome Debrew - 0384 <Jerome.Debrew@giantfood.com>; Dionne Martin <dionne.martin@giantfood.com>
**Subject:** Retaliation

Hello my name is Tony D. Parks I work at Giant 384 in Washington DC on Alabama ave. I'm reaching out because I love Jesus Christ and with that being said I attend Turning Hearts Church but as a result of me wanting to commune with my church family I have to work an early day on Sunday which was granted to me for years also there was an agreement with Giant and myself that it wouldn't be a problem Since Jerome as taken over a Manger of this store I have been denied that right for over a year Ive reached out to people making them aware of what's been going on and could not get any one to lesson so I went back to EEOC in the process Jerome aloud me to return to church EEOC came through and did an investigation in which they were told by Giant that I write my own schedule and that's the reason why I wasn't able now that the investigation is over Jerome has gone back to his old ways in which he has shorten my Sunday schedule and is only allowing me to work a five hour shift and Trevor the perishable manger told me that I can get eight put I have to work into the hours in which I attend Church now every

manger in this store gets eight hours I have copies of both my timecard that I wrote and the actual timecard thats put out so that we cant use that excuse this time furthmore everyone in this store has is using profane language on the sales floor in meeting in managers office they know that I don't its again against what I believe and I asked numerous time if the would stop its truly unprofessional but its gone on deaf ears now to current day after EEOC done its investagation Jerome doesn't speak to me unless he has something negative to say he is giving everyone else the days off that they ask for but mines get denied I only ask for one and its gernally an emergency in which I explain to them can I please get some help with this situation its becoming very stressful I already am dealing with the death of my father and not being able to visit my Mother who now has stage four kidney disease.

Thanks in advance



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Washington Field Office**
131 M Street, NE Fourth Floor, Suite 4NWO2F
Washington, DC 20507
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 06/30/2025

**To:** Tony D. Parks
2765 Naylor Rd SE, Apt. 305
WASHINGTON, DC 20020

Charge No: 570-2024-01090

EEOC Representative and email:     ROBERT HERSEY
Administrative Support Assistant
robert.hersey@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 570-2024-01090.

On behalf of the Commission,

Digitally Signed By:Mindy E. Weinstein
06/30/2025

Mindy E. Weinstein
Director



7:54    .ill 5G

**Sharissa Shorts**

Not missing I usually can come in at two or four Trevor saying I can no longer come in at two, but I could work past nine and he knows that I have to leave at nine for church

Fri, Jul 25 at 5:51 PM

Payroll is tight in the company at the moment, so they probably do not have the additional hours to allow you as much flexibility as they had earlier in the year.

Oh so only my hours getting cut as a full time manager ok Thanks for clarifying

Not sure about that. I will have to look at the schedules and verify...I just know that payroll is tight everywhere. I can follow up

Text Message



⑰

18-8.⁵⁰

### Meat

| Employee | Job | Sun 8/3/2025 | Mon 8/4/2025 | Tue 8/5/2025 | Wed 8/6/2025 | Thu 8/7/2025 | Fri 8/8/2025 | Sat 8/9/2025 |
|---|---|---|---|---|---|---|---|---|
| PARKS, TONY D | Meat Manager | 2-9 | 6³⁰-3 | 6³⁰-3 | / | (scribble) | 6³⁰-3 | 6³⁰-3 |
| STEWART, KAREN M | Meat Clerk | 7-2 | 7-2 | 7-2 | 7-2 | / | 7-2 | 7-2 |
| RAINFORD, ANTHONY C | Meat Clerk | 3-Cl | / | 8-4 | 8-4 | 8-4 | 2-7 | 2-7 |
| HARRISON, NAKIA L | Meat Clerk | | | | | | | |
| BRAXTON, JAQUAN D | Meat Clerk | 6³⁰-3 | 7-1 | 7¹⁰ | 6³⁰-3 | 6³⁰-3 | 8-2 | 8-2 |
| BROOKS, MAURICE W | Meat Clerk | / | 4-Cl | 4-Cl | 4-Cl | | | / |
| BROWN, DONNELL F | Meat Clerk | / | / | 5-Cl | / | 5-Cl | 5-Cl | 5-Cl |
| | | | | | | | | |

Case 1:25-cv-02565-UNA    Document 4    Filed 11/12/25    Page 8 of 31



Store 0384

Time Period: Next Schedule Period

## Meat

| Employee | Total Hours | Weekly Hours | Sun/Hol Hourrs | NWP | Sat 8/3/2025 | Sun 8/3/2025 | Mon 8/4/2025 | |
|---|---|---|---|---|---|---|---|---|
| PARKS, TONY D | 45.00 | 40.00 | 5.00 | | Vacation 8.00 hrs | 4:00A - 9:00A  Meat Manager 5.00  5.00 | 6:30A - 3:00P  Meat Manager 8.00  8.00 | 6:  Me |
| STEWART, KAREN M | 37.00 | 31.00 | 6.00 | | 7:00A - 1:00P  Meat Clerk 6.00  6.00 | 7:00A - 1:00P  Meat Clerk 6.00  6.00 | 7:00A - 1:00P  Meat Clerk 6.00  6.00 | 7:00  Meat  6. |
| RAINFORD, ANTHONY C | 41.00 | 34.00 | 7.00 | | 9:00A - 4:00P  Meat Clerk 7.00  7.00 | 9:00A - 4:00P  Meat Clerk 7.00  7.00 | | 9:00A -  Meat Cle  7.00 |
| HARRISON, NAKIA L | 33.00 | 25.00 | 8.00 | | 2:00P - 9:00P  (Seafood) Seafood Clerk 7.00 | 1:00P - 9:00P  eafood) Seafood Clerk 8.00 | 2:00P - 9:00P  (Seafood) Seafood Clerk 7.00 | 7:00A - 2:0  (Seafood) Seafood Cle  7.00 |
| BRAXTON, JAQUAN D | 39.50 | 32.50 | 7.00 | | 6:30A - 2:30P  Meat 2nd Person 8.00  8.00 | 7:30 - 2:30P  Meat 2nd Person 7.00  7.00 | 9:00A - 4:00P  Meat 2nd Person 7.00  7.00 | |
| BROOKS, MAURICE W | 10.00 | 10.00 | | | | | 4:00P - 9:00P  Meat Clerk 5.00  5.00 | |
| BROWN, DONNELL F | 14.00 | 9.00 | 5.00 | | 3:00P - 9:00P  Meat Clerk 6.00  6.00 | 4:00P - 9:00P  Meat Clerk 5.00  5.00 | 4:00P - 9:00  Meat Clerk 5.00  5.00 | |
| COPELAND, ALLEN J | 25.00 | 25.00 | | | | | 2:00P - 9:00P  (Seafood) Seafood Clerk 7.00 | 2:0  (Se Seaf |
| | | | | | | 30.00 | 26.00 | 26.00 |

Total Scheduled Meat Hours: 186.50

29584487



28584487

Store 0384

Time Period: Next Schedule Period

Printed On: 8/1/2025 2:19:35 PM

## Meat

| Employee | Total Hours | Weekly Hours | Sun/Hol Hours | NWP | Sat 8/3/2025 | Sun 8/3/2025 | Mon 8/4/2025 | Tue 8/5/2025 | Wed 8/6/2025 | Thu 8/7/2025 | Fri 8/8/2025 | Sat 8/9/2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PARKS, TONY D | 45.00 | 40.00 | 5.00 | | Vacation 8.00 hrs | 4:00A - 9:00A Meat Manager 5.00 5.00 | 6:30A - 3:00P Meat Manager 8.00 8.00 | 6:30A - 3:00P Meat Manager 8.00 8.00 | | 12:00P - 8:30P Meat Manager 8.00 8.00 | 6:30A - 3:00P Meat Manager 8.00 8.00 | 6:30A - 3:00P Meat Manager 8.00 8.00 |
| STEWART, KAREN M | 37.00 | 31.00 | 6.00 | | 7:00A - 1:00P Meat Clerk 6.00 6.00 | 7:00A - 1:00P Meat Clerk 6.00 6.00 | 7:00A - 1:00P Meat Clerk 6.00 6.00 | 7:00A - 1:00P Meat Clerk 6.00 6.00 | 7:00A - 1:00P Meat Clerk 6.00 6.00 | | 7:00A - 2:00P Meat Clerk 7.00 7.00 | 7:00A - 1:00P Meat Clerk 6.00 6.00 |
| RAINFORD, ANTHONY C | 41.00 | 34.00 | 7.00 | | 9:00A - 4:00P Meat Clerk 7.00 7.00 | 9:00A - 4:00P Meat Clerk 7.00 7.00 | | 9:00A - 4:00P Meat Clerk 7.00 7.00 | 9:00A - 4:00P Meat Clerk 7.00 7.00 | 7:00A - 1:00P Meat Clerk 6.00 6.00 | 2:00P - 9:00P Meat Clerk 7.00 7.00 | 2:00P - 9:00P Meat Clerk 7.00 7.00 |
| HARRISON, NAKIA L | 33.00 | 25.00 | 8.00 | | 2:00P - 9:00P (Seafood) Seafood Clerk 7.00 | 1:00P - 9:00P (Seafood) Seafood Clerk 8.00 | 2:00P - 9:00P (Seafood) Seafood Clerk 7.00 | 7:00A - 2:00P (Seafood) Seafood Clerk 7.00 | | 2:00P - 9:00P (Seafood) Seafood Clerk 7.00 | | 1:00P - 5:00P (Seafood) Seafood Clerk 4.00 |
| BRAXTON, JAQUAN D | 39.50 | 32.50 | 7.00 | | 6:30A - 2:30P Meat 2nd Person 8.00 8.00 | 7:30A - 2:30P Meat 2nd Person 7.00 7.00 | 8:00A - 4:00P Meat 2nd Person 7.00 7.00 | | 6:30A - 2:30P Meat 2nd Person 8.00 8.00 | 6:30A - 12:00P Meat 2nd Person 5.50 5.50 | 8:00A - 2:00P Meat 2nd Person 6.00 6.00 | 8:00A - 2:00P Meat 2nd Person 6.00 6.00 |
| BROOKS, MAURICE W | 10.00 | 10.00 | | | | | | 4:00P - 9:00P Meat Clerk 5.00 5.00 | 4:00P - 9:00P Meat Clerk 5.00 5.00 | | | REQUEST OFF |
| BROWN, DONNELL F | 14.00 | 9.00 | 5.00 | | 3:00P - 9:00P Meat Clerk 6.00 6.00 | 4:00P - 9:00P Meat Clerk 5.00 5.00 | | 4:00P - 9:00P Meat Clerk 5.00 5.00 | | 8:00A - 12:00P Meat Clerk 4.00 4.00 | | |
| COPELAND, ALLEN J | 25.00 | 25.00 | | | | | | 2:00P - 9:00P (Seafood) Seafood Clerk 7.00 | 2:00P - 9:00P (Seafood) Seafood Clerk 7.00 | | 2:00P - 9:00P (Seafood) Seafood Clerk 7.00 | 5:00P - 9:00P (Seafood) Seafood Clerk 4.00 |
| Total Scheduled Meat Hours: 196.50 | | | | | | 30.00 | 26.00 | 26.00 | 26.00 | 23.50 | 26.00 | 27.00 |

28584487

Page 22 of 28

Store 0384

Time Period: Next Schedule Period

## Meat

| Employee | Total Hours | Weekly Hours | Sun/Hol Hourrs | NWP | Sat 8/3/2025 | Sun 8/3/2025 | Mon 8/4/2025 | |
|---|---|---|---|---|---|---|---|---|
| PARKS, TONY D | 45.00 | 40.00 | 5.00 | | Vacation 8.00 hrs | 4:00A - 9:00A<br>Meat Manager 5.00<br>5.00 | 6:30A - 3:00P<br>Meat Manager 8.00<br>8.00 | 6.<br>Me |
| STEWART, KAREN M | 37.00 | 31.00 | 6.00 | | 7:00A - 1:00P<br>Meat Clerk 6.00<br>6.00 | 7:00A - 1:00P<br>Meat Clerk 6.00<br>6.00 | 7:00A - 1:00P<br>Meat Clerk 6.00<br>6.00 | 7:00.<br>Meat (<br>6. |
| RAINFORD, ANTHONY C | 41.00 | 34.00 | 7.00 | | 9:00A - 4:00P<br>Meat Clerk 7.00<br>7.00 | 9:00A - 4:00P<br>Meat Clerk 7.00<br>7.00 | | 9:00A -<br>Meat Cle<br>7.00 |
| HARRISON, NAKIA L | 33.00 | 25.00 | 8.00 | | 2:00P - 9:00P<br>(Seafood) Seafood Clerk 7.00 | 1:00P - 9:00P<br>(Seafood) Seafood Clerk 8.00 | 2:00P - 9:00P<br>(Seafood) Seafood Clerk 7.00 | 7:00A - 2:<br>(Seafood)<br>Seafood Cle<br>7.00 |
| BRAXTON, JAQUAN D | 39.50 | 32.50 | 7.00 | | 6:30A - 2:30P<br>Meat 2nd Person 8.00<br>8.00 | 7:30 - 2:30P<br>Meat 2nd Person 7.00<br>7.00 | 9:00A - 4:00P<br>Meat 2nd Person 7.00<br>7.00 | |
| BROOKS, MAURICE W | 10.00 | 10.00 | | | | | 4:00P - 9:00P<br>Meat Clerk 5.00<br>5.00 | |
| BROWN, DONNELL F | 14.00 | 9.00 | 5.00 | | 3:00P - 9:00P<br>Meat Clerk 6.00<br>6.00 | 4:00P - 9:00P<br>Meat Clerk 5.00<br>5.00 | | 4:00P - 9:00<br>Meat Clerk 5.00<br>5.00 |
| COPELAND, ALLEN J | 25.00 | 25.00 | | | | | 2:00P - 9:00P<br>(Seafood) Seafood Clerk 7.00<br>26.00 | 2:0<br>(S<br>Seafo |
| | | | | | | 30.00 | 26.00 | 26.00 |

Total Scheduled Meat Hours: 186.50

28684487

Store 0384

Time Period: Next Schedule Period



### Bakery

| Employee | Total Hours | Weekly Hours | Surplus Hours | NWP | Sat 8/3/2025 | Sun 8/2025 | Mon 8/4 2025 | Tue 8/5/2025 |
|---|---|---|---|---|---|---|---|---|
| WALLACE, STACY A | 39.50 | 32.00 | 7.50 | 8.00 | 8:00A - 4:00P<br>Bake Off Manager 8.00<br>8.00 | 7:30A - 3:00P<br>Bake Off Manager 7.50<br>7.50 | 7:30A - 3:00P<br>Bake Off Manager 8.00<br>8.00 | |
| SATOU, JEANNETTE M | 32.00 | 24.00 | 8.00 | 8.00 | 6:00A - 2:00P<br>Baker 8.00<br>8.00 | 6:00A - 2:00P<br>Baker 8.00<br>8.00 | | 6:00A - 2:<br>Baker 8<br>8.00 |
| CROSS, HALLIE A | 40.00 | 32.00 | 8.00 | | 7:30A - 3:30P<br>(0123) 8.00 | 7:30 3:30P<br>(0123) 8.00 | 7:30A - 3:30P<br>(0123) 8.00 | |
| BORUM, TRAYVON | | | 7.00 | | 6:00A - 1:00P<br>Bake Off Assistant 7.00<br>7.00 | 6:00A - 1:00P<br>Bake Off Assistant 7.00<br>7.00 | A - 1:00P<br>Bake Off Assistant 7.00 | 6:00A -<br>Bake Assistant<br>7.0 |
| LAWRENCE, LAVONYA T | 32.00 | 32.00 | | | REQUEST OFF | | 3:00P - 9:00P<br>Bake Off Service Clerk 6.00<br>6.00 | :00P -<br>Bake Service<br>7.<br>7 |
| HASKINS, SHANTEL R | 23.00 | 17.00 | 6.00 | | 4:00P - 9:00P<br>Bake Off Service Clerk 5.00<br>5.00 | 3:00P - 9:00P<br>Bake Off Service Clerk 6.00<br>6.00 | | |
| CARRETO, ANGELY D | 14.00 | 14.00 | | | 8:00A - 1:00P<br>(Indirect - New to Role) Bakery Clerk 5.00 | | 3:00P - 9:00P<br>(Indirect - New to Role) Bakery Clerk 6.00 | |
| | | | | | | | 28.50 | 21.00 |

**Total Scheduled Bakery Hours: 161.50**

28584487

| Employee | Total Hours | Weekly Hours | Sun/Hol Hourrs | NWP | Sat 8/3/2025 | Sun 8/3/2025 | Mon 8/4/2025 | Tue 8/5/2025 |
|---|---|---|---|---|---|---|---|---|
| STRANDER, CARLOS F | 8.00 | | 8.00 | 40.00 | 6:00A - 2:30P<br><br>Produce Manager 8.00<br><br>8.00 | 6:00A - 2:00P<br><br>Produce Manager 8.00<br><br>8.00 | Vacation 8.00 hrs | |
| DAVIS, DEANDRE L | 48.00 | 40.00 | 8.00 | | 6:00A  2:30P<br><br>Produce Manager 8.00<br><br>8.00 | 6:00A - 2:00P<br><br>Produce Manager 8.00<br><br>8.00 | 6:00A - 2:30P<br><br>Produce Manager 8.00<br><br>8.00 | 6:00A - 2:<br><br>Produ Manager<br><br>8.00 |
| BRYANT, JAMES F | 25.00 | 20.00 | 5.00 | | 8:00A - 2:00P<br><br>Produce Clerk 6.00<br><br>6.00 | 8:00A - 1:00P<br><br>Produce Clerk 5.00<br><br>5.00 | 5:00P - 9:00P<br><br>Produce Clerk 4.00<br><br>4.00 | 5:00P - <br><br>Produc 4.0<br><br>4.0 |
| WALTERS, DEANDRE J | 36.00 | 32.00 | 4.00 | | 2:00P - 6:00P<br><br>Produce Clerk 4.00<br><br>4.00 | 1:00P - 5:00P<br><br>Produce Clerk 4.00<br><br>4.00 | REQUEST OFF | 6:00A - <br><br>Produce 7.00<br><br>7.00 |
| MONTGTOMERY, MICHAEL X | 25.00 | 25.00 | | | | | | 12:00P - <br><br>Produce 5.00<br><br>5.00 |
| BATES, MALIQUE A | 35.00 | 31.00 | 4.00 | | 5:00P - 9:00P<br><br>Produce Clerk 4.00<br><br>4.00 | 5:00P - 9:00P<br><br>Produce Clerk .00<br><br>4.00 | 10:00A - 5:00P<br><br>Produce Clerk 7.00<br><br>7.00 | 8:00A - <br><br>Produce 6.0<br><br>6.0 |
| HERENCIA, MARK | 32.00 | 27.00 | 5.00 | | 3:00P - 8:00P<br><br>(Giant Pick Up) GPU Clerk 5.00 | 3:00P - 8:00P<br><br>(Giant Pick Up) GPU Clerk 5.00 | 7:00A - 2:00P<br><br>Produce Clerk 7.00<br><br>7.00 | |

**Store 0384**

**Time Period: Next Schedule Period**

**Salad Bar**

| Employee | Total Hours | Weekly Hours | Sun/Hol Hours | NWP | Sat 8/3/2025 | Sun 8/3/2025 | Mon 8/4/2025 | Tue 8/5/2 |
|---|---|---|---|---|---|---|---|---|
| PHILLIPS, JACQULINE R | 48.00 | 40.00 | 8.00 | | 8:00A - 4:00P<br><br>Salad Bar HeadClerk 8.00<br><br>8.00 | 8:00A - 4:00P<br><br>Salad Bar HeadClerk 8.00<br><br>8.00 | 8:00A - 4:00P<br><br>Salad Bar HeadClerk 8.00<br><br>8.00 | |
| KING, VANESSA L | 28.00 | 23.00 | 5.00 | | 8:00A - 12:00P<br><br>(Indirect - New to Role) Salad Bar Service Clerk 4.00 | 4:00P - 9:00P<br><br>Salad Bar Service Clerk 5.00<br><br>5.00 | 4:00P - 9:00P<br><br>Salad Bar Service Clerk 5.00<br><br>5.00 | 8:00A <br><br>Sala Servic 8.<br><br>8. |
| JOHNSON, RHONDA | 12.00 | 12.00 | | | 4:00P - 9:00P | | | 5:00P |



**front end**

REVISED

**Store 0384**
Time Period: Next Schedule Period

### Frontend

| Employee | Total Hours | Weekly Hours | Sun/Hol Hourrs | NWP | Sat 8/3/2025 | Sun 8/3/2025 | Mon 8/4/2025 | Tue 8/5/2025 | W 8/6/2 |
|---|---|---|---|---|---|---|---|---|---|
| CLARK, TYRIQUE D | 48.00 | 40.00 | 8.00 | | 8:00A - 4:00P<br><br>FE Mgr 8.00<br><br>8.00 | 7:00A - 3:00P<br><br>FE Mgr 8.00<br><br>8.00 | 7:00A - 3:00P<br><br>FE Mgr 8.00<br><br>8.00 | 2:00P - 10:00P<br><br>FE Mgr 8.00<br><br>8.00 | 2:00P -<br><br>FE Mg<br><br>8.0 |
| MINNIS, LETUANDIA M | 46.00 | 38.00 | 8.00 | | 6:00A - 2:00P<br><br>Reconciliation 2.00<br><br>Service Desk 6.00<br><br>8.00 | 11:00A - 7:00P<br><br>Service Desk 8.00<br><br>8.00 | 2:00P - 10:00P<br><br>Service Desk 1.00<br><br>FE Asst Mgr 7.00<br><br>8.00 | | 8:00A -<br><br>FE Ass<br><br>8.0<br><br>8.0 |
| MITCHELL, CAROLYN A | 47.00 | 40.00 | 7.00 | | | 7:00A - 2:00P<br><br>Service Desk 7.00<br><br>7.00 | 11:00A - 7:00P<br><br>Service Desk 8.00<br><br>8.00 | 8:00A - 4:00P<br><br>FE Asst Mgr 8.00<br><br>8.00 | |
| LYNCH, SABRINA A | 30.00 | 22.00 | 8.00 | 5.00 | 7:00A - 3:00P<br><br>(Giant Pick Up) GPU Clerk 8.00 | 7:00A - 3:00P<br><br>(Giant Pick Up) GPU Clerk 8.00 | 10:00A - 6:00P<br><br>(Giant Pick Up) GPU Clerk 8.00 | 7:00A - 2:00P<br><br>Service Desk 7.00<br><br>7.00 | 7:00A<br><br>Servic 7<br><br>7 |
| MATTHEWS, KAREN L | 41.00 | 35.00 | 6.00 | | | 6:00A - 12:00P<br><br>Reconciliation 6.00<br><br>6.00 | 6:00A - 1:00P<br><br>Reconciliation 2.00<br><br>Service Desk 5.00<br><br>7.00 | 6:00A - 1:00P<br><br>Reconciliation 2.00<br><br>Service Desk 5.00<br><br>7.00 | 6:00A<br><br>Reco :<br><br>Serv |
| MINOR, SHENEQUE E | 21.00 | 14.00 | 7.00 | 15.52 | 8:00A - 4:00P<br><br>(Florist) Florist HeadClerk 2.00<br><br>Self Scan 6.00<br><br>6.00 | 9:00A - 4:00P<br><br>(Florist) Florist HeadClerk 1.00<br><br>Self Scan 6.00<br><br>6.00 | 9:00A - 4:00P<br><br>(Florist) Florist HeadClerk 2.00<br><br>Self Scan 5.00<br><br>5.00 | 9:00A - 4:00P<br><br>(Florist) Florist HeadClerk 2.00<br><br>Self Scan 5.00<br><br>5.00 | |
| PAGE, ANA MARIA D | 42.00 | 35.00 | 7.00 | | 6:00A - 1:00P<br><br>(Admin) File Clerk 7.00 | 6:00A - 1:00P<br><br>(Admin) File Clerk 7.00 | 6:00A - 1:00P<br><br>(Admin) File Clerk 7.00 | 6:00A - 1:00P<br><br>(Admin) File Clerk 7.00 | |



**Store 0384**

**Time Period: Next Schedule Period**

REVISED

### Frontend

| Employee | Total Hours | Weekly Hours | Sun/Hol Hourrs | NWP | Sat 8/3/2025 | Sun 8/3/2025 | Mon 8/4/2025 | Tue 8/5/2025 | |
|---|---|---|---|---|---|---|---|---|---|
| OSOWO, | | | | | 7:00A - 12:00P | REQUEST OFF | REQUEST OFF | REQUEST OFF | RE |



## Store 0384
### Time Period: Next Schedule Period

Printed On: 8/29/20

| | Total Hours | Weekly Hours | Sun/Hol Hours | NWP | Sat 8/31/2025 | Sun 8/31/2025 | Mon 9/1/2025 | Tue 9/2/2025 | Wed 9/3/2025 | Thu 9/4/2025 | 9/5 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 40.00 | 32.00 | 16.00 | 8.00 | 7:00A - 3:00P<br><br>GPU Manager 8.00<br><br>8.00 | 7:00A - 3:00P<br><br>GPU Manager 8.00<br><br>8.00 | Legal Holiday Hours 8.00 hrs<br><br>10:00A - 6:00P<br><br>GPU Manager 8.00<br><br>8.00 | 2:00P - 10:00P<br><br>(Frontend) FE Office Asst 8.00 | | 8:00A - 4:00P<br><br>(Frontend) FE Office Asst 8.00 | 10:00A<br><br>GPU M<br>8<br>8. |
| A A | 36.00 | 31.00 | 13.00 | 5.00 | 3:00P - 8:00P<br><br>GPU Clerk 5.00<br><br>5.00 | 3:00P - 8:00P<br><br>GPU Clerk 5.00<br><br>5.00 | Legal Holiday Hours 5.00 hrs<br><br>10:00A - 6:00P<br><br>(Frontend) Service Desk 8.00 | 10:00A - 6:00P<br><br>(Frontend) Service Desk 8.00 | 2:00P - 10:00P<br><br>(Frontend) Service Desk 8.00 | 8:00A - 3:00P<br><br>(Frontend) Service Desk 7.00 | |
| RK | 32.00 | 32.00 | 6.00 | 0.00 | | | Legal Holiday Hours 0.00 hrs<br><br>6:00A - 12:00P<br><br>(Produce) Produce Clerk 6.00 | 10:00A - 6:00P<br><br>GPU Clerk 8.00<br><br>8.00 | 10:00A - 6:00P<br><br>GPU Clerk 8.00<br><br>8.00 | 10:00A - 6:00P<br><br>GPU Clerk 8.00<br><br>8.00 | |
| ad Giant Pick Up Hours: 61.00 | | | | | | 13.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8. |

**Meat**

| Employee | Job | Sun 9/7/2025 | Mon 9/8/2025 | Tue 9/9/2025 | Wed 9/10/2025 | Thu 9/11/2025 | Fri 9/12/2025 | Sat 9/13/2025 |
|---|---|---|---|---|---|---|---|---|
| PARKS, TONY D | Meat Manager | 2-9 | $6^{30}$-3 | $6^{30}$-3 | / | 12-$8^{30}$ | $6^{30}$-3 | $6^{30}$-3 |
| STEWART, KAREN M | Meat Clerk | 7-2 | 7-2 | 7-2 | 7-2 | / | 7-2 | 7-2 |
| RAINFORD, ANTHONY C | Meat Clerk | 3-CI | / | | 7-1 | 7-1 | 11-6 | 11-6 |
| BRAXTON, JAQUAN D | Meat Clerk | 8-3 | 8-3 | / | $6^{30}$-3 | $6^{30}$-3 | 8-1 | 8-1 |
| BROOKS, MAURICE W | Meat Clerk | / | 3 CI | / | / | RTO | RTO | RTO |
| BROWN, DONNELL F | Meat Clerk | / | / | 5-CI | 5-CI | 5-CI | 5-CI | 5-CI |
| COPELAND, ALLEN J | Meat Clerk | | | | | | | |
| | | | | | | | | |

**Store 0384**

Time Period: Next Schedule Period

Printed On

| Employee | Total Hours | Weekly Hours | Sun/Hol Hours | NWP | Sat 8/31/2025 | Sun 8/31/2025 | Mon 9/1/2025 | Tue 9/2/2025 | Wed 9/3/2025 | Thu 9/4/2025 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SHWELL, STEVEN | 39.00 | 32.00 | 15.00 | 8.00 | 6:00A - 2:30P<br><br>Seafood Manager 8.00<br>8.00 | 6:00A - 1:00P<br><br>Seafood Manager 7.00<br>7.00 | Legal Holiday Hours 8.00 hrs<br>6:00A - 2:30P<br><br>Seafood Manager 8.00<br>8.00 | | 6:00A - 2:30P<br><br>Seafood Manager 8.00<br>8.00 | 12:00P - 8:30P<br><br>Seafood Manager 8.00<br>8.00 | 6:00A<br><br>Se<br>Manag<br>8 |
| BROWN, DONNELL F | 16.00 | 16.00 | | 0.00 | | | Legal Holiday Hours 0.00 hrs | 3:00P - 9:00P<br>Seafood Clerk<br>6.00<br>6.00 | 3:00P - 9:00P<br>Seafood Clerk<br>6.00<br>6.00 | | 12:00P - 4<br><br>(Meat) Me<br>Clerk 4.00 |
| COPELAND, ALLEN J | 35.00 | 27.00 | 15.00 | 0.00 | 3:00P - 9:00P<br><br>Seafood Clerk<br>6.00<br>6.00 | 1:00P - 9:00P<br><br>Seafood Clerk<br>8.00<br>8.00 | Legal Holiday Hours 0.00 hrs<br>2:00P - 9:00P<br><br>Seafood Clerk<br>7.00<br>7.00 | 7:00A - 2:00P<br><br>Seafood Clerk<br>7.00<br>7.00 | | 6:00A - 12:00P<br><br>Seafood Clerk<br>6.00<br>6.00 | 2:00P - 9:00P<br><br>Seafood Clerk<br>7.00<br>7.00 |
| | | | | | | 15.00 | 15.00 | 13.00 | 14.00 | 14.00 | 15.00 |

Total Scheduled Seafood Hours: 101.00

**Store 0384**
Time Period: Next Schedule Period

Printed On: 9/5/2...

Bakery

| Employee | Total Hours | Weekly Hours | Sun-Hol Hours | NWP | Sat 9/6/2025 | Sun 9/7/2025 | Mon 9/8/2025 | Tue 9/9/2025 | Wed 9/10/2025 | Thu 9/11/2025 |
|---|---|---|---|---|---|---|---|---|---|---|
| WALLACE, STACY A | 39.5 | 32.00 | 7.50 | 5.00 | 8:00A - 4:30P<br>Bake Off<br>Manager 8.00<br>8.00 | 30A - 3:00P<br>Bake Off<br>Manager 7.50<br>7.50 | 6:30A - 3:00P<br>Bake Off<br>Manager 8.00<br>8.00 | | 6:30A - 3:00P<br>Bake Off<br>Manager 8.00<br>8.00 | 12:00P - 8:30P<br>Bake Off<br>Manager 8.00<br>8.00 |
| SATOU, JEANNETTE M | 40.00 | 32.00 | 8.00 | | 6:00A - 2:00P<br>Baker 8.00<br>8.00 | 6:00A - 2:00P<br>Baker 8.00<br>8.00 | | 6:00A - 2:00P<br>Baker 8.00<br>8.00 | | 6:00A - 2:00P<br>Baker 8.00<br>8.00 |
| CROSS, HALLIE A | 4...00 | 32.00 | 8.00 | | 7:30A - 3:30P<br>(0341) 8.00 | 7:00A - 3:00P<br>(0341) 8.00 | 7:00A - 3:00P<br>(0341) 8.00 | | 7:00A - 3:00P<br>(0341) 8.00 | |
| BORUM, TRAYVON | 35.00 | 28.00 | 7.00 | | 6:00A - 1:00P<br>Bake Off<br>Assistant 7.00<br>7.00 | 6:00A - 1:00P<br>...Off<br>...0 | 6:00A - 1:00P<br>Bake Off<br>Assistant 7.00<br>7.00 | 6:00A - 1:00P<br>Bake Off<br>Assistant 7.00<br>7.00 | | 6:00A - 1:00P<br>Bake Off<br>Assistant 7.00<br>7.00 |
| LAWRENCE, LAVONYA T | 31.00 | 31.00 | | | REQUEST OFF | | 3:00P - 9:00P<br>Bake Off<br>Service Clerk<br>6.00<br>6.00 | 1:00P - 8:00P<br>Bake Off<br>Service Clerk<br>7.00<br>7.00 | 6:00A - 11:00A<br>Bake Off<br>Service Clerk<br>5.00<br>5.00 | |
| CARRETO, ANGELY D | 30.00 | 24.00 | 6.00 | | 3:00P - 9:00P<br>Bake Off<br>Service Clerk<br>6.00 | 3:00P - 9:00P<br>Bake Off<br>Service Clerk<br>6.00 | | | 3:00P - 9:00P<br>Bake Off<br>Service Clerk<br>6.00 | 7:00A - 12:00<br>Bake Off<br>Service Clerk<br>5.00 |

Time Period: Next Schedule Period

Produce

| Employee | Total Hours | Worked Hours | Sunday Hours | OT | 9/7/2025 | 9/8/2025 | 9/9/2025 | 9/10/2025 | 9/11/2025 | Thu 9/11/2025 | Fri 9/12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CRAWFORD, HOWARD | 48.00 | 40.00 | 8.00 | | 6:00A - 2:30P Produce Manager 8.00 8.00 | 7:00A - 3:30P Produce Manager 8.00 8.00 | 6:00A - 2:30P Produce Manager 8.00 8.00 | | 6:00A - 2:30P Produce Manager 8.00 8.00 | 11:30A - 8:00P Produce Manager 8.00 8.00 | 6:00A Pro Man |
| DAVIS, DEANDRE | 48.00 | 40.00 | 8.00 | | 6:00A - 2:30P Produce Manager 8.00 8.00 | 6:00A - 2:30P Produce Manager 8.00 8.00 | 11:30A - 8:00P Produce Manager 8.00 8.00 | 6:00A - 2:30P Produce Manager 8.00 8.00 | | 6:00A - 2:30P Produce Manager 8.00 8.00 | 6:00A Pr Man |
| BRYANT, JAMES F | 21.00 | 17.00 | 4.00 | | 9:00A - 2:00P Produce Clerk 5.00 5.00 | 6:00A - 12:30P Produce Clerk 6.00 6.00 | | | 5:00P - 9:00P Produce Clerk 4.00 4.00 | 5:00P - 9:00P Produce Clerk 4.00 4.00 | 5:00P - 9:00P Produce Clerk 4.00 4.00 |
| WALTERS, DEANDRE J | 24.00 | 20.00 | 4.00 | | | 1:00P - 5:00P Produce Clerk 4.00 4.00 | REQUEST OFF | 6:00A - 10:00A Produce Clerk 4.00 4.00 | 6:00A - 10:00A Produce Clerk 4.00 4.00 | 6:00A - 12:00P Produce Clerk 6.00 6.00 | P |
| MONTGTOMERY, MICHAEL Y | 22.00 | 22.00 | | | 12:00P - 5:00P Produce Clerk 5.00 5.00 | | 10:00A - 5:00P Produce Clerk 7.00 7.00 | 12:00P - 5:00P Produce Clerk 5.00 5.00 | 12:00P - 5:00P Produce Clerk 5.00 5.00 | | |
| BATES, MALIQUE A | 20.00 | 16.00 | 4.00 | | 4:00P - 9:00P Produce Clerk 5.00 5.00 | 5:00P - 9:00P Produce Clerk 4.00 4.00 | | 8:00A - 12:00P Produce Clerk 4.00 4.00 | 8:00A - 12:00P Produce Clerk 4.00 4.00 | | |
| HERENCIA, MARK | 32.00 | 27.00 | 5.00 | | 7:00A - 3:00P (Giant Pick Up) GPU Clerk 8.00 | 3:00P - 8:00P (Giant Pick Up) GPU Clerk 5.00 | 6:00A - 12:00P Produce Clerk 6.00 6.00 | 10:00A - 6:00P (Giant Pick Up) GPU Clerk 8.00 | | 10:00A - 6:00P (Giant Pick Up) GPU Clerk 8.00 |
| | | | | | | 30.00 | 29.00 | 25.00 | 25.00 | 25.00 | 26.00 |

Total Scheduled Produce Hours: 193.00

**Store 0384**
Time Period: Next Schedule Period

Frontend

| Employee | Total Hours | Weekly Hours | Sun/Hol Hours | NWP | Sat 9/7/2025 | Sun 9/7/2025 | Mon 9/8/2025 | Tue 9/9/2025 | Wed 9/10/2025 | Thu 9/11/2025 |
|---|---|---|---|---|---|---|---|---|---|---|
| CLARK, TYRIQUE D | 5.00 | | 5.00 | 40.00 | 7:00A - 3:00P<br>FE Mgr 8.00<br>8.00 | 7:00A - 12:00P<br>Service Desk<br>5.00<br>5.00 | Vacation<br>8.00 hrs | Vacation<br>8.00 hrs | Vacation<br>8.00 hrs | |
| MINNIS, LETUANDIA M | 45.00 | 37.00 | 8.00 | | 6:00A - 1:00P<br>Reconciliation<br>2.00<br>Service Desk<br>5.00<br>7.00 | 2:00P - 10:00P<br>FE Asst Mgr<br>8.00<br>8.00 | 3:00P - 10:00P<br>FE Asst Mgr<br>7.00<br>7.00 | | 7:00A - 2:00P<br>Service Desk<br>7.00<br>7.00 | 8:00A - 4:0<br>FE Asst M<br>8.00<br>8.00 |
| MITCHELL, CAROLYN A | 40.00 | 40.00 | | | REQUEST OFF | REQUEST OFF | | 8:00A - 4:00P<br>FE Asst Mgr<br>8.00<br>8.00 | 8:00A - 4:00P<br>FE Asst Mgr<br>8.00<br>8.00 | 2:00P - 10:<br>FE Asst N<br>8.00<br>8.00 |
| LYNCH, SABRINA A | 46.00 | 38.00 | 8.00 | | 11:00A - 7:00P<br>Service Desk<br>8.00<br>8.00 | 7:00A - 3:00P<br>(Giant Pick Up)<br>GPU Clerk 8.00 | 10:00A - 6:00P<br>(Giant Pick Up)<br>GPU Clerk 8.00 | | 10:00A - 6:00P<br>(Giant Pick Up)<br>GPU Clerk 8.00 | 7:00A - 2:<br>Service D<br>7.00<br>7.00 |
| MATTHEWS, KAREN L | 41.00 | 35.00 | 6.00 | | | 6:00A - 12:00P<br>Reconciliation<br>6.00<br>6.00 | 4:00A - 11:00A<br>Reconciliation<br>4.00<br>Service Desk<br>3.00<br>7.00 | 4:00A - 11:00A<br>Reconciliation<br>4.00<br>Service Desk<br>3.00<br>7.00 | 4:00A - 11:00A<br>Reconciliation<br>4.00<br>Service Desk<br>3.00<br>7.00 | 4:00A - 11:<br>Reconcilla<br>4.00<br>Service D<br>3.00<br>7.00 |
| MINOR, SHENEQUE E | 43.00 | 36.00 | 7.00 | | 8:00A - 4:00P<br>(Florist) Florist<br>HeadClerk 2.00<br>Self Scan 6.00<br>6.00 | 9:00A - 4:00P<br>(Florist) Florist<br>HeadClerk 1.00<br>Self Scan 6.00<br>6.00 | 12:00P - 7:00P<br>Service Desk<br>7.00<br>7.00 | 7:00A - 2:00P<br>Service Desk<br>7.00<br>7.00 | | 11:00A - 7:<br>Service D<br>8.00<br>8.00 |
| PAGE, ANA MARIA D | 42.00 | 35.00 | 7.00 | | 6:00A - 1:00P<br>(Admin) File | 6:00A - 1:00P<br>(Admin) File | 6:00A - 1:00P<br>(Admin) File | 6:00A - 1:00P<br>(Admin) File<br>Clerk 7.00 | | 6:00A - 1:<br>(Admin) F<br>Clerk 7: |

CCN #25091984 — Event #25091984 Public Packet

Metropolitan Police Department

## CCN #25091984 - PUBLIC INCIDENT REPORT

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | REPORT AUTHOR |
|---|---|---|
| Jun 19, 2025 22:22 | Jun 19, 2025 19:29 - Jun 19, 2025 20:20 | Kaylia Brown 13190 |

| WEATHER | SHOTS FIRED |
|---|---|
| Cloudy | ☐ YES ☒ NO |

*REPORTING PARTY-1*

REPORTING PARTY-1 (PERSON)

R-1 PARK, TONY DARNELL

HOME ADDRESS

NAYLOR PLAZA APARTMENTS, 2765 NAYLOR ROAD SE, 305, WASHINGTON, DC 20020

### PUBLIC NARRATIVE

On 06/19/2025 at approximately 1943 hours, Sub-1 reported that he and Sub-2 got into a verbal altercation, and Sub-2 threatened him by saying she would have her boyfriend respond to the location. After interviewing both Sub-1 and Sub-2 individually, Officers determined that there was probable cause to believe that a crime had occurred.

| Meat Employee | Job | Sun 8/10/2025 | Mon 8/11/2025 | Tue 8/12/2025 | Wed 8/13/2025 | Thu 8/14/2025 | Fri 8/15/2025 | Sat 8/16/2025 |
|---|---|---|---|---|---|---|---|---|
| PARKS, TONY D | Meat Manager | 2-9 | $6^{30}$-3 | $6^{30}$-3 | / | 12 $8^{30}$ | $6^{30}$-3 | $6^{30}$-3 |
| STEWART, KAREN M | Meat Clerk | 7-2 | 7-2 | 7-2 | 7-2 | / | 7-2 | 7-2 |
| RAINFORD, ANTHONY C | Meat Clerk | 3-Cl | / | 7-1 | 7-1 | 7-1 | 4-Cl | 7-1 |
| HARRISON, NAKIA L | Meat Clerk | | | | | | | |
| BRAXTON, JAQUAN D | Meat Clerk | 9-5 | 7-4 | / | $6^{30}$-3 | $6^{30}$-3 | 7-1 | 9-4 |
| BROOKS, MAURICE W | Meat Clerk | / | / | 4-Cl | / | 4-Cl | / | / |
| BROWN, DONNELL F | Meat Clerk | / | 4-Cl | / | 3Cl | / | 12-5 | 4-Cl |
| | | | | | | | | |



| Meat<br>Employee | Job | Sun<br>8/10/2025 | Mon<br>8/11/2025 | Tue<br>8/12/2025 | Wed<br>8/13/2025 | Thu<br>8/14/2025 | Fri<br>8/15/2025 | Sat<br>8/16/2025 |
|---|---|---|---|---|---|---|---|---|
| PARKS, TONY D | Meat Manager | 2-9 | $6^{30}$-3 | $6^{30}$-3 | / | 12 $8^{30}$ | $6^{50}$-3 | $6^{30}$-3 |
| STEWART, KAREN M | Meat Clerk | 7-2 | 7-2 | 7-2 | 7-2 | / | 7-2 | 7-2 |
| RAINFORD, ANTHONY C | Meat Clerk | 3-CI | / | 7-1 | 7-1 | 7-1 | 4-CI | 7-1 |
| HARRISON, NAKIA L | Meat Clerk | | | | | | | |
| BRAXTON, JAQUAN D | Meat Clerk | 9-5 | 7-4 | / | $6^{30}$-3 | $6^{30}$-3 | 7-1 | 9-4 |
| BROOKS, MAURICE W | Meat Clerk | / | / | 4-CI | / | 4-CI | / | / |
| BROWN, DONNELL F | Meat Clerk | / | 4-CI | / | 3-CI | / | 12-5 | 4-CI |
| | | | | | | | | |

**Store 0384**
Time Period: Next Schedule Period

Printed On: 8/8/2025 11:06

| ee | Total Hours | Weekly Hours | Sun/Hol Hours | NWP | Sat 8/10/2025 | Sun 8/10/2025 | Mon 8/11/2025 | Tue 8/12/2025 | Wed 8/13/2025 | Thu 8/14/2025 | Fri 8/15/... |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KS, TONY D | 45.00 | 40.00 | 5.00 | | 6:30A - 3:00P Meat Manager 8.00 8.00 | 4:00A - 9:00A Meat Manager 5.00 5.00 | 6:30A - 3:00P Meat Manager 8.00 8.00 | 6:30A - 3:00P Meat Manager 8.00 8.00 | | 12:00P - 8:30P Meat Manager 8.00 8.00 | 6:30A - 3:00P Meat Manager 8.00 8.00 |
| EWART, KAREN M | 36.00 | 30.00 | 6.00 | | 7:00A - 1:00P Meat Clerk 6.00 6.00 | 7:00A - 1:00P Meat Clerk 6.00 6.00 | 7:00A - 1:00P Meat Clerk 6.00 6.00 | 7:00A - 1:00P Meat Clerk 6.00 6.00 | 7:00A - 1:00P Meat Clerk 6.00 6.00 | | 7:00A - 1:00P Meat Clerk 6.00 6.00 |
| AINFORD, ANTHONY C | 35.00 | 29.00 | 6.00 | | 2:00P - 9:00P Meat Clerk 7.00 7.00 | 3:00P - 9:00P Meat Clerk 6.00 6.00 | | 9:00A - 4:00P Meat Clerk 7.00 7.00 | 9:00A - 3:00P Meat Clerk 6.00 6.00 | 7:00A - 12:00P Meat Clerk 5.00 5.00 | 1:00P - 5:00P Meat Clerk 4.00 4.00 ... 9: Me |
| HARRISON, NAKIA L | 26.00 | 19.00 | 7.00 | | 1:00P - 5:00P (Seafood) Seafood Clerk 4.00 | 1:00P - 8:00P (Seafood) Seafood Clerk 7.00 | | 7:00A - 2:00P (Seafood) Seafood Clerk 7.00 | | 7:00A - 12:00P (Seafood) Seafood Clerk 5.00 | 2:00 (Se Seafo |
| BRAXTON, JAQUAN D | 35.00 | 28.00 | 7.00 | | 8:00A - 2:00P Meat 2nd Person 6.00 6.00 | 8:00A - 3:00P Meat Clerk 7.00 7.00 | 9:00A - 4:00P Meat Clerk 7.00 7.00 | | 6:30A - 2:30P Meat Clerk 8.00 8.00 | 6:30A - 1:30P Meat Clerk 7.00 7.00 | 7:00A - 1:00P Meat Clerk 6.00 6.00 |
| BROOKS, MAURICE W | 10.00 | 10.00 | | | REQUEST OFF | | 4:00P - 9:00P Meat Clerk 5.00 5.00 | 4:00P - 9:00P Meat Clerk 5.00 5.00 | | | |
| BROWN, DONNELL F | 16.00 | 16.00 | | | | | | | 3:00P - 9:00P Meat Clerk 6.00 6.00 | 4:00P - 9:00P Meat Clerk 5.00 5.00 | 4:00P 9:N Mea 5 .00 |
| COPELAND, ALLEN J | 28.00 | 28.00 | | | 5:00P - 9:00P (Seafood) Seafood Clerk 4.00 | | 2:00P - 9:00P (Seafood) Seafood Clerk 7.00 | 2:00P - 9:00P (Seafood) Seafood Clerk 7.00 | 2:00P - 9:00P (Seafood) Seafood Clerk 7.00 | 2:00P - 9:00P (Seafood) Seafood Clerk 7.00 | |
| | | | | | 24.00 | 26.00 | 26.00 | 26.00 | 20.00 | 26.00 | 26.00 |

**Store 0384**
**Time Period: Next Schedule Period**

Printed On: 8/8/2025 11:06:20 AM

### Salad Bar

| Employee | Total Hours | Weekly Hours | Sun/Hol Hours | NWP | Sat 8/10/2025 | Sun 8/10/2025 | Mon 8/11/2025 | Tue 8/12/2025 | Wed 8/13/2025 | Thu 8/14/2025 | Fri 8/15/2025 | Sat 8/16/2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PHILLIPS, JACQULINE R | 48.00 | 40.00 | 8.00 | | 8:00A - 4:00P Salad Bar HeadClerk 8.00 8.00 | 8:00A - 4:00P Salad Bar HeadClerk 8.00 8.00 | | 7:00A - 3:00P (Indirect - New to Role) File Clerk 8.00 | 7:00A - 3:00P (Indirect - New to Role) File Clerk 8.00 | 7:00A - 3:00P (Indirect - New to Role) File Clerk 8.00 | 7:00A - 3:00P (Indirect - New to Role) File Clerk 8.00 | 7:00A - 3:00P (Indirect - New to Role) File Clerk 8.00 |
| KING, VANESSA L | 21.00 | 21.00 | | | 4:00P - 9:00P Salad Bar Service Clerk 5.00 5.00 | | 9:00A - 2:00P Salad Bar Service Clerk 5.00 5.00 | | 5:00P - 9:00P Salad Bar Service Clerk 4.00 4.00 | 5:00P - 9:00P Salad Bar Service Clerk 4.00 4.00 | 5:00P - 9:00P Salad Bar Service Clerk 4.00 4.00 | 5:00P - 9:00P Salad Bar Service Clerk 4.00 4.00 |
| z | | 21.00 | | | | | | 9:00A - 2:00P Salad Bar Service Clerk 5.00 5.00 | 9:00A - 1:00P Salad Bar Service Clerk 4.00 4.00 | 9:00A - 1:00P Salad Bar Service Clerk 4.00 4.00 | 9:00A - 1:00P Salad Bar Service Clerk 4.00 4.00 | 9:00A - 1:00P Salad Bar Service Clerk 4.00 4.00 |
| Total Scheduled Salad Bar Hours: 50.00 | | | | | | 8.00 | 5.00 | 5.00 | 8.00 | 8.00 | 8.00 | 8.00 |

**Store 0384**
**Time Period: Next Schedule Period**

Printed On: 8/8/2025 11:06:20 AM

### Dairy

| Employee | Total Hours | Weekly Hours | Sun/Hol Hours | NWP | Sat 8/10/2025 | Sun 8/10/2025 | Mon 8/11/2025 | Tue 8/12/2025 | Wed 8/13/2025 | Thu 8/14/2025 | Fri 8/15/2025 | Sat 8/15/2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GARLAND, KEVIN L | 40.00 | 35.00 | 5.00 | | 7:00A - 2:00P (Grocery) CAO Clerk 5.00 Dairy Clerk 2.00 2.00 | 10:00A - 3:00P (Grocery) CAO Clerk 5.00 | 7:00A - 2:00P (Grocery) CAO Clerk 5.00 Dairy Clerk 2.00 2.00 | 7:00A - 2:00P (Grocery) CAO Clerk 5.00 Dairy Clerk 2.00 2.00 | 7:00A - 2:00P (Grocery) CAO Clerk 5.00 Dairy Clerk 2.00 2.00 | 2:00P - 9:00P (Grocery) CAO Clerk 5.00 Dairy Clerk 2.00 2.00 | 7:00A - 2:00P (Grocery) CAO Clerk 5.00 Dairy Clerk 2.00 2.00 | |
| VENEY, AMISTAD D | | | | | 10:00A - 3:00P Dairy Clerk 5.00 5.00 | | | | | | | |
| HARRISON, LADONNA A | 48.00 | 40.00 | 8.00 | | 8:00A - 4:30P Dairy 2nd Person 8.00 8.00 | 8:00A - 4:00P Dairy 2nd Person 8.00 8.00 | 8:00A - 4:30P Dairy 2nd Person 8.00 8.00 | 8:00A - 4:30P Dairy 2nd Person 8.00 8.00 | | 8:00A - 4:30P Dairy 2nd Person 8.00 8.00 | 8:00A - 4:30P (Admin) File Clerk 8.00 | 7:00A - 3:00P Dairy 2nd Person 8.00 8.00 |
| LIGHTBOURN, RICARNO A | 37.00 | 32.00 | 5.00 | | 3:00P - 9:00P (Beer Wine) Beer Wine Clerk 6.00 | 4:00P - 9:00P Dairy Clerk 5.00 5.00 | 3:00P - 9:00P Dairy Clerk 6.00 6.00 | 3:00P - 9:00P Dairy Clerk 6.00 6.00 | 2:00P - 9:00P Dairy Clerk 7.00 7.00 | | 3:00P - 9:00P Dairy Clerk 6.00 6.00 | 2:00P - 9:00P (Beer Wine) Beer Wine Clerk 7.00 7.00 |
| Total Scheduled Dairy Hours: 50.00 | | | | | | 13.00 | 10.00 | 16.00 | 9.00 | 10.00 | 8.00 | |

Time Period: Next Schedule Period

### Produce

| Employee | Total Hours | Weekly Hours | Sun/Hol Hours | NWP | Sat 8/10/2025 | Sun 8/10/2025 | Mon 8/11/2025 | Tue 8/12/2025 | Wed 8/13/2025 | Thu 8/14/2025 | Fri 8/15/2025 | Sat 8/16/ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STRAWDER, CARLOS F | | | | 40.00 | REQUEST OFF | | Vacation 8.00 hrs | | Vacation 8.00 hrs | Vacation 8.00 hrs | Vacation 8.00 hrs | Vaca 8.00 |
| DAVIS, DEANDRE L | 48.00 | 40.00 | 8.00 | | 6:00A - 2:30P Produce Manager 8.00 8.00 | 6:00A - 2:00P Produce Manager 8.00 8.00 | 6:00A - 2:30P Produce Manager 8.00 8.00 | 6:00A - 2:30P Produce Manager 8.00 8.00 | | 6:00A - 2:30P Produce Manager 8.00 8.00 | 6:00A - 2:30P Produce Manager 8.00 8.00 | 6:00A Pr Man |
| BRYANT, JAMES F | 28.00 | 22.00 | 6.00 | | 5:00P - 9:00P Produce Clerk 4.00 4.00 | 6:00A - 12:00P Produce Clerk 6.00 6.00 | 5:00P - 9:00P Produce Clerk 4.00 4.00 | 5:00P - 9:00P Produce Clerk 4.00 4.00 | 5:00P - 9:00P Produce Clerk 4.00 4.00 | 5:00P - 9:00P Produce Clerk 4.00 4.00 | | 6:00 Pr |
| WALTERS, DEANDRE J | 33.00 | 27.00 | 6.00 | | 6:00A - 1:00P Produce Clerk 7.00 7.00 | 11:00A - 5:00P Produce Clerk 6.00 6.00 | | 6:00A - 12:00P Produce Clerk 6.00 6.00 | 6:00A - 1:00P Produce Clerk 7.00 7.00 | 6:00A - 1:00P Produce Clerk 7.00 7.00 | 6:00A - 1:00P Produce Clerk 7.00 7.00 | |
| MONTGTOMERY, MICHAEL Y | 25.00 | 25.00 | | | 12:00P - 5:00P Produce Clerk 5.00 5.00 | | 12:00P - 5:00P Produce Clerk 5.00 5.00 | 12:00P - 5:00P Produce Clerk 5.00 5.00 | 12:00P - 5:00P Produce Clerk 5.00 5.00 | | 12:00P - 5:00P Produce Clerk 5.00 5.00 | |
| BATES, MALIQUE A | 18.00 | 14.00 | 4.00 | | 9:00A - 1:00P Produce Clerk 4.00 4.00 | 5:00P - 9:00P Produce Clerk 4.00 4.00 | | | 6:00A - 11:00A Produce Clerk 5.00 5.00 | | 7:00A - 12:00P Produce Clerk 5.00 5.00 | |
| HERENCIA, MARK | 22.00 | 22.00 | | | 3:00P - 8:00P (Giant Pick Up) GPU Clerk 5.00 | | 6:00A - 12:00P Produce Clerk 6.00 6.00 | | 10:00A - 6:00P (Giant Pick Up) GPU Clerk 8.00 | 1:00P - 5:00P Produce Clerk 4.00 4.00 | 5:00P - 9:00P Produce Clerk 4.00 4.00 | |
| Total Scheduled Produce Hours: 166.00 | | | | | 24.00 | 3.00 | 23.00 | 21.00 | 23.00 | 29.0 | | |

Store 0384

Time Period: Next Schedule Period

Printed On: 8/8/2025 11:06:2



Store 0384

Time Period: Next Schedule Period

Printed On: 8/8/2025 11:06:20 AM

### HBC

| Employee | Total Hours | Weekly Hours | Sun/Hol Hours | NWP | Sat 8/10/2025 | Sun 8/10/2025 | Mon 8/11/2025 | Tue 8/12/2025 | Wed 8/13/2025 | Thu 8/14/2025 | Fri 8/15/2025 | Sat 8/16/2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HOWARD, KIMBERLY L | 22.00 | 22.00 | | | 9:00A - 2:00P HBC Clerk 5.00 5.00 | | | 9:00A - 4:00P HBC Clerk 7.00 7.00 | 9:00A - 1:00P HBC Clerk 4.00 4.00 | | 9 ... :00P ... rk 7.00 ... | 9:00A - 1:00P HBC Clerk 4.00 4.00 |
| WILSON, RENEE L | 48.00 | 40.00 | 8.00 | | 8:30A - 5:00P HBC Manager 8.00 8.00 | 12:00P - 8:00P HBC Manager 8.00 8.00 | 8:30A - 5:00P HBC Manager 8.00 8.00 | 8:30A - 5:00P HBC Manager 8.00 8.00 | | 12:30P - ... HBC Manager 8.00 8.00 | ...min) File Clerk 8.00 - 5:00P | 8:30A - 5:00P HBC Manager 8.00 8.00 |
| Total Scheduled HBC Hours: 62.00 | | | | | | 8.00 | 8.00 | 15.00 | 4.00 | 8.00 | 7.00 | 12.00 |

Total Scheduled Meat Hours: 177.00

| | | | | | | 7.00 | | 7.00 | | Seafood Clerk 7.00 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | 24.00 | 26.00 | 26.00 | 26.00 | 20.00 | 29.00 | 26.00 |

### Store 0384
### Time Period: Next Schedule Period

Printed On: 8/8/2025 11:06

**Frozen**

| Employee | Total Hours | Weekly Hours | Sun/Hol Hours | NWP | Sat 8/10/2025 | Sun 8/10/2025 | Mon 8/11/2025 | Tue 8/12/2025 | Wed 8/13/2025 | Thu 8/14/2025 | Fri 8/15/2025 | Sat 8/16/2025 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| GLOSTER JR., VANCE | 45.00 | 40.00 | 5.00 | | 3:00A - 11:00A<br>Night Crew Clerk 3.00<br>(Admin) Union Receiver 5.00<br>3.00 | 4:00A - 9:00A<br>Night Crew Clerk 5.00<br>5.00 | 3:00A - 11:00A<br>Night Crew Clerk 8.00<br>8.00 | | 3:00A - 11:00A<br>Night Crew Clerk 8.00<br>8.00 | 3:00A - 11:00A<br>Night Crew Clerk 8.00<br>8.00 | 3:00A - 11:00A<br>(Admin) File Clerk 8.00 | 3:00A - 11:00A<br>Night Crew Clerk 8.00<br>8.00 |
| EVANS, VICTOR A | 30.00 | 25.00 | 5.00 | | 3:00A - 8:00A<br>Night Crew Clerk 5.00<br>5.00 | 3:00A - 8:00A<br>Night Crew Clerk 5.00<br>5.00 | 3:00A - 8:00A<br>Night Crew Clerk 5.00<br>5.00 | 3:00A - 8:00A<br>Night Crew Clerk 5.00 | 3:00A - 8:00A<br>Night Crew Clerk 5.00<br>5.00 | | 3:00A - 8:00A<br>Night Crew Clerk 5.00<br>5.00 | 3:00A - 8:00A<br>Night Crew Clerk 5.00<br>5.00 |
| Total Scheduled Frozen Hours: 57.00 | | | | | | 10.00 | 13.00 | | 13.00 | 8.00 | 8.00 | 13.00 |

### Store 0384
### Time Period: Next Schedule Period

Printed On: 8/8/2025 11:06:20 AM

**Seafood**

| Employee | Total Hours | Weekly Hours | Sun/Hol Hours | NWP | Sat 8/10/2025 | Sun 8/10/2025 | Mon 8/11/2025 | Tue 8/12/2025 | Wed 8/13/2025 | Thu 8/14/2025 | Fri 8/15/2025 | Sat 8/16/2025 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| CASHWELL, STEVEN D | 47.00 | 40.00 | 7.00 | | 6:00A - 2:30P<br>Seafood Manager 8.00<br>8.00 | 6:00A - 1:00P<br>Seafood Manager 7.00<br>7.00 | 6:00A - 2:30P<br>Seafood Manager 8.00<br>8.00 | | 6:00A - 2:30P<br>Seafood Manager 8.00<br>8.00 | 12:00P - 8:30P<br>Seafood Manager 8.00<br>8.00 | 6:00A - 2:30P<br>(Admin) File Clerk 8.00 | 6:00A - 2:30P<br>Seafood Manager 8.00<br>8.00 |
| HARRISON, NAKIA L | 25.00 | 19.00 | 7.00 | | 1:00P - 5:00P<br>Seafood Clerk 4.00<br>4.00 | 1:00P - 8:00P<br>Seafood Clerk 7.00<br>7.00 | | 7:00A - 2:00P<br>Seafood Clerk 7.00<br>7.00 | | 7:00A - 12:00P<br>Seafood Clerk 5.00<br>5.00 | | 2:00P - 9:00P<br>Seafood Clerk 7.00<br>7.00 |
| COPELAND, ALLEN J | 28.00 | 28.00 | | | 5:00P - 9:00P<br>Seafood Clerk 4.00<br>4.00 | | 2:00P - 9:00P<br>Seafood Clerk 7.00<br>7.00 | 2:00P - 9:00P<br>Seafood Clerk 7.00<br>7.00 | 2:00P - 9:00P<br>Seafood Clerk 7.00<br>7.00 | | 2:00P - 9:00P<br>Seafood Clerk 7.00<br>7.00 | |
| Total Scheduled Seafood Hours: 93.00 | | | | | | 14.00 | 15.00 | 14.00 | 15.00 | 13.00 | 7.00 | 15.00 |

Printed On: 8/8/2025 11:06:20 AM

**Store 0384**
Time Period: Next Schedule Period

### Grocery

| Employee | Total Hours | Weekly Hours | Sun/Hol Hours | NWP | Sat 8/10/2025 | Sun 8/10 | Mon 8/11/2025 | Tue 8/12/2025 | Wed 8/13/2025 | Thu 8/14/2025 | Fri 8/15/2025 | Sat 8/16/2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WILLIAMS JR, VINCENT D | 48.00 | 40.00 | 8.00 | | 9:00A - 5:00P Grocery Manager 8.00 8.00 | 9:00A - 5:00P Grocery Manager 8.00 8.00 | 9:00A - 5:00P Grocery Manager 8.00 8.00 | | 9:00A - 5:00P Grocery Manager 8.00 8.00 | 9:00P - 11:00P Grocery Manager 8.00 8.00 | Grocery Manager 8.00 8.00 | Grocery Manager 8.00 8.00 10:00P - 6:00 |
| THREADGILL, SANCHEZ G | 48.00 | 40.00 | 8.00 | | 10:00P - 6:00A Night Captain 8.00 8.00 | 10:00P - 6:00A Night Captain 8.00 8.00 | 10:00P - 6:00A Night Captain 8.00 8.00 | 10:00P - 6:00A Night Captain 8.00 8.00 | 10:00P - 6:00A Night Captain 8.00 8.00 | 10:00P - 6:00A Night Captain 8.00 8.00 | | Night Captain 8.00 8.00 6:00A 1:0 |
| COLEMAN, DELORES | 42.00 | 35.00 | 7.00 | | 6:00A - 1:00P Grocery Clerk 7.00 7.00 | 6:00A - 1:00P Grocery Clerk 7.00 7.00 | | 6:00A - 1:00P Grocery Clerk 7.00 7.00 | 6:00A - 1:00P Grocery Clerk 7.00 7.00 | 00P 7:00P Grocery Clerk 7.00 7.00 | 6:00A - 1:00P Grocery Clerk .00 .00 | Grocery Cl 7.00 7.00 |
| GAINES, ANTHONY M | 24.00 | 24.00 | | | 12:00A - 6:00A Grocery Clerk 6.00 6.00 | | 12:00A - 6:00A 6.00 | | 12:00A - 6:00A Grocery Clerk 6.00 6.00 | | 12:00A - 6:00A Grocery Clerk 6.00 6.00 | 12:00A - 6: Grocery C 6.00 6.00 |
| HOWARD, JASON C | 34.00 | 28.00 | 6.00 | | Vacation 8.00 hrs | 12:00A - 6:00A Night Crew Clerk 6.00 6.00 | 12:00A - 6:00A Night Crew Clerk 6.00 6.00 | | 12:00A - 6:00A Night Crew Clerk 6.00 6.00 | 10:00P - 6:00A Night Crew Clerk 8.00 8.00 | 10:00P - 6:00A Night Crew Clerk 8.00 8.00 | |
| COWARD, ANTHONY S | 24.00 | 18.00 | 6.00 | | 12:00A - 6:00A Night Crew Clerk 6.00 6.00 | 12:00A - 6:00A Night Crew Clerk 6.00 6.00 | | | 12:00A - 6:00A Night Crew Clerk 6.00 6.00 | | 12:00A - 6:00A Night Crew Clerk 6.00 6.00 | 12:00A - Night C Clerk 6.0 |
| COPELAND, ALONZO E | 40.00 | 32.00 | 8.00 | | | 10:00P - 6:00A Night Crew Clerk 8.00 8.00 | 10:00P - 6:00A Night Crew Clerk 8.00 8.00 | | 10:00P - 6:00A Night Crew Clerk 8.00 8.00 | | 10:00P - 6:00A Night Crew Clerk 8.00 8.00 | 10:00P Night Clerk 8 |
| HICKS, DAVID | 32.00 | 32.00 | | | 10:00P - 6:00A Night Crew Clerk 8.00 8.00 | | 10:00P - 6:00A Night Crew Clerk 8.00 8.00 | 10:00P - 6:00A Night Crew Clerk 8.00 8.00 | 10:00P - 6:00A Night Crew Clerk 8.00 8.00 | | 10:00P - 6:00A Night Crew Clerk 8.00 8.00 | |

**Store 0384**
Time Period: Next Schedule Period

Printed On: 8/8/2025 11:06:20 AM



Store 0384

Time Period: Next Schedule Period

Printed On: 8/1/2025 2:19:35 PM

| | Total Hours | Weekly Hours | Sun/Hol Hours | NWP | Sat 8/2/2025 | Sun 8/3/2025 | Mon 8/4/2025 | Tue 8/5/2025 | Wed 8/6/2025 | Thu 8/7/2025 | Fri 8/8/2025 | Sat 8/9/2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 45.00 | 40.00 | 5.00 | | Vacation 8.00 hrs | 4:00A - 9:00A Meat Manager 5.00 5.00 | 6:30A - 3:00P Meat Manager 8.00 8.00 | 6:30A - 3:00P Meat Manager 8.00 8.00 | | 12:00P - 8:30P Meat Manager 8.00 8.00 | 6:30A - 3:00P Meat Manager 8.00 8.00 | 6:30A - 3:00P Meat Manager 8.00 8.00 |
| M | 37.00 | 31.00 | 6.00 | | 7:00A - 1:00P Meat Clerk 6.00 6.00 | 7:00A - 1:00P Meat Clerk 6.00 6.00 | 7:00A - 1:00P Meat Clerk 6.00 6.00 | 7:00A - 1:00P Meat Clerk 6.00 6.00 | 7:00A - 1:00P Meat Clerk 6.00 6.00 | | 7:00A - 2:00P Meat Clerk 7.00 7.00 | 7:00A - 1:00P Meat Clerk 6.00 6.00 |
| | 41.00 | 34.00 | 7.00 | | 9:00A - 4:00P Meat Clerk 7.00 7.00 | 9:00A - 4:00P Meat Clerk 7.00 7.00 | | 9:00A - 4:00P Meat Clerk 7.00 7.00 | 9:00A - 4:00P Meat Clerk 7.00 7.00 | 7:00A - 1:00P Meat Clerk 6.00 6.00 | 2:00P - 9:00P Meat Clerk 7.00 7.00 | 2:00P - 9:00P Meat Clerk 7.00 7.00 |
| KIA L | 33.00 | 25.00 | 8.00 | | 2:00P - 9:00P (Seafood) Seafood Clerk 7.00 | 1:00P - 9:00P (Seafood) Seafood Clerk 8.00 | 2:00P - 9:00P (Seafood) Seafood Clerk 7.00 | 7:00A - 2 (Seafood) Seafood Clerk 7.0 | | 2:00P - 9:00P (Seafood) Seafood Clerk 7.00 | | 1:00P - 5:00P (Seafood) Seafood Clerk 4.00 |
| QUAN | 39.50 | 32.50 | 7.00 | | 6:30A - 2:30P Meat 2nd Person 8.00 8.00 | 7:30A - 2:30P Meat 2nd Person 7.00 7.00 | 9:00A - 4:00P Meat 2nd Person 7.00 7.0 | | 6:30A - 2:30P Meat 2nd Person 8.00 8.00 | 6:30A - 12:00P Meat 2nd Person 5.50 5.50 | 8:00A - 2:00P Meat 2nd Person 6.00 6.00 | 8:00A - 2:00P Meat 2nd Person 6.00 6.00 REQUEST OFF |
| AURICE | 10.00 | 10.00 | | | | | 4:00P - 9:00P Meat Clerk 5.00 5.00 | | 4:00P - 9:00P Meat Clerk 5.00 5.00 | | | |
| ONNELL F | 14.00 | 9.00 | 5.00 | | 3:00P - 9:00P Meat Clerk 6.00 6.00 | 4:00P - 9:00P Meat Clerk 5.00 5.00 | | 4:00P - 9:00P Meat Clerk 5.00 5.00 | | 8:00A - 12:00P Meat Clerk 4.00 4.00 | | |
| D, ALLEN J | 25.00 | 25.00 | | | | | | 2:00P - 9:00P (Seafood) Seafood Clerk 7.00 | 2:00P - 9:00P (Seafood) Seafood Clerk 7.00 | | 2:00P - 9:00P (Seafood) Seafood Clerk 7.00 | 5:00P - 9:00P (Seafood) Seafood Clerk 4.00 |
| | | | | | | | 30.00 | 28.00 | 28.00 | 26.00 | 23.50 | 27.00 |

Scheduled Meat Hours: 196.50

Page 2

28584487